# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE L. ROBINSON, individually and on behalf of other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., and Does 1 through 10,<br><br>Defendants. | Case No. CV 11-03939-GHK (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has filed Objections to the Report and Recommendation, and the Court has engaged in a de novo review of those portions of the Report and Recommendation to which Plaintiff has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

**IT IS HEREBY ORDERED** that Defendant Bank of America, N.A.'s Motion for Judgment on the Pleadings be granted and that Judgment be entered dismissing this action with prejudice.

DATED: 11/22/11

GEORGE H. KING
UNITED STATES DISTRICT JUDGE