# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE L. ROBINSON, individually and on behalf of other persons similarly situated,<br><br>                Plaintiff,<br><br>   v.<br><br>BANK OF AMERICA, N.A., and Does 1 through 10,<br><br>               Defendants. | Case No. CV 11-03939-GHK (JEM)<br><br>**JUDGMENT** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: 11/22/11

                                            GEORGE H. KING
                                   UNITED STATES DISTRICT JUDGE